1  DINA L. SANTOS, SBN 204200
2  Dina L. Santos, A Professional Law Corp.
   455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   Telephone: (916) 447-0160
4

5  Attorney for:
   RICARDO SOTO-FARIAS
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          )  Case No.: 23 CR 00139 DJC
                                       )
13                  Plaintiff,         )  STIPULATION AND ORDER TO
                                       )  CONTINUE J&S TO OCTOBER 10, 2023 AT
14          vs.                        )  9:00 A.M., AND RESET BRIEFING
                                       )  SCHEDULE
15  RICARDO SOTO-FARIAS,               )
                                       )  Date:    June 27, 2024
16                  Defendant          )  Time:    9:00 a.m.
                                       )  Judge:   Hon. Calabretta
17                                     )
                                       )
18  _____)

19                           **STIPULATION**

20

21         The United States of America through its undersigned counsel, David Spencer, Assistant

22  United States Attorney, together with Dina Santos, counsel for Ricardo Soto-Farias, hereby

23  stipulate to continue the date for Judgement and sentencing to June 27, 2024, at 9:00 a.m., and

24  reset the briefing schedule.  The probation interview has not been completed due to scheduling

25  conflicts.   Probation has no objections to the below schedule:

26  //

27  /

28

                         STIPULATION AND ORDER         - 1 -

| | |
|---|---|
| Judgment and Sentencing Date: | June 27, 2024 |
| Reply, or Statement of Non-Opposition: | June 20, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 13, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 6, 2024 |
| | May 30, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | |
| | May 16, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | |

**IT IS SO STIPULATED.**

DATED:  March 7, 2024                Phillip Talbert
                                     United States Attorney

                                      /s/ David Spencer
                                     DAVID SPENCER
                                     Assistant U.S. Attorney

DATE:  March 7, 2024

                                      /s/ Dina Santos
                                     DINA SANTOS
                                     Attorney for Ricardo Soto-Farias

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 8, 2024                              /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE